# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

No. 7:21-mj-1188-1RJ
No. 7:21-mj-1188-2RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )     CRIMINAL INFORMATION |
| | ) |
| CHRISTINE ANN BROWN | ) |
| JASON ERIK BROWN | ) |

The United States Attorney charges that:

On or about June 23, 2021, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendants, CHRISTINE ANN BROWN and JASON ERIK BROWN, aiding and abetting one another, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641 and 2.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____

MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division